GEORGE W. BERGEN et al., Appellants, *v.* JOHN M. HITCHINGS, Respondent.

*Bergen v. Hitchings*, 22 App. Div. 395, appeal dismissed.
(Argued March 15, 1900; decided March 20, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made November 30, 1897, reversing a judgment in favor of plaintiffs entered upon the report of a referee, and granting a new trial.

*Horace Secor, Jr.*, for appellants.

*Hector M. Hitchings* for respondent.

Appeal dismissed, with costs; no opinion.

Concur : PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.